**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**JOSHUA C. LEWIS**
CLERK OF COURT
412−208−7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: October 16, 2020

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313−1450

      **RE:  HIGH OFF LIFE, LLC vs. FREEBANDZ PRODUCTIONS, LLC**
         Case Number:   **2:20−CV−01556−DSC**

Dear Commissioner:

   In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

                 Sincerely,

                 JOSHUA C. LEWIS
                 CLERK OF COURT

        By:  /s/ **Jennifer Dash**
                 Deputy Clerk

Enclosures