IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGH OFF LIFE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>FREEBANDZ PRODUCTIONS, LLC, and SONY MUSIC HOLDINGS, INC.<br><br>        Defendants. | Civil Action No.: 2:20-cv-01556<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE UNDER RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the U.S. District Court for the Western District of Pennsylvania, the undersigned counsel certifies that Plaintiff High Off Life, LLC is a non-stock corporation that has no subsidiaries and/or affiliates that have issued debt securities to the public. High Off Life, LLC is not a publicly traded company.

Dated: October 20, 2020

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: */s/ Ray F. Middleman*
    Ray F. Middleman (Pa. ID 40999)
    Shane Valenzi (Pa. ID 322025)

    600 Grant Street, 44th Floor
    Pittsburgh, PA 15219
    Phone: (412) 566-6000
    Facsimile: (412) 566-6099
    *rmiddleman@eckertseamans.com*
    *svalenzi@eckertseamans.com*

    and

*(Pro Hac Vice to be Filed)*
*Stephen C. McArthur*
*Thomas E. Dietrich*
*T*HE *M*C*A*RTHUR *L*AW *F*IRM
*9465 Wilshire Blvd., Ste. 300*
*Beverly Hills, CA 90212*
*(323) 639-4455*
*stephen@smcarthurlaw.com*
*tom@smcarthurlaw.com*

*Attorneys for Plaintiff High Off Life, LLC*