THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGH OFF LIFE, LLC,<br>    Plaintiff,<br>v.<br><br>FREEBANDZ PRODUCTIONS, LLC, and<br>SONY MUSIC HOLDINGS, INC.<br>    Defendants. | Civil Action No.: 2:20-cv-01556<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR PRO HACE VICE ADMISSION OF STEPHEN C. McARTHUR

Stephen C. McArthur, undersigned counsel for Plaintiff High Off Life, LLC (Plaintiff) hereby moves that he be admitted to appear and practice in this Court *pro hac vice* as counsel for Plaintiff in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Stephen C. McArthur filed herewith, which it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: November 4, 2020    Respectfully submitted,

                *s/ Stephen C. McArthur*
                Stephen C. McArthur (Bar No. 277712)
                THE MCARTHUR LAW FIRM
                9465 Wilshire Blvd., Ste. 300
                Beverly Hills, CA 90212
                (323) 639-4455
                stephen@smcarthurlaw.com

                *Attorney for Plaintiff High Off Life, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion** was served upon the parties by U.S. first-class mail, postage prepaid, this 4th day of November, 2020, addressed as follows.

Freebandz Productions, LLC
c/o Felicia Magama
1465 Northside Dr.
Atlanta, GA, 30044
*Defendant*

Sony Music Holdings, Inc.
25 Madison Avenue
New York, NY 10010
*Defendant*

                                                         *s/ Stephen C. McArthur*