IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| HIGH OFF LIFE, LLC,<br>                 Plaintiff,<br>        v.<br><br><br>FREEBANDZ PRODUCTIONS, LLC, and<br>SONY MUSIC HOLDINGS, INC.<br><br>                 Defendants. | Civil Action No.:  2:20-cv-01556<br><br><br>**JURY TRIAL DEMANDED** |

### AFFIDAVIT OF THOMAS E. DIETRICH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Thomas E. Dietrich, make this affidavit in support of the motion for my admission to appear and practice in this Court *pro hac vice* as counsel for Plaintiff High Off Life, LLC ("Plaintiff") in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Thomas E. Dietrich, being duly sworn, do hereby depose and say as follows:

1.      I am Senior Litigation Counsel with the law firm The McArthur Law Firm, PC.

2.      My business address is 9465 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212, USA.

3.      I am a member in good standing of the bar of the State of California.

4.      My bar identification number is 254282.

5.      A current certificate of good standing from the Supreme Court of California is attached to this Affidavit as Exhibit A.

6.    I am a member in good standing in all of the Bars of which I am a member and no disciplinary or grievance proceeding has been filed or is pending against me.

7.    I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.    I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9.    Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


Dated: November 4, 2020                    *s/ Thomas E. Dietrich*
                                           Thomas E. Dietrich


2

# Exhibit "A"



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *THOMAS EDWARD DIETRICH*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that THOMAS EDWARD DIETRICH, #254282, was on the 17th day of December 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 26th day of October 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
    C. Wong, Senior Deputy Clerk