# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HIGH OFF LIFE, LLC,

        Plaintiff,

v.

FREEBANDZ PRODUCTIONS, LLC, and
SONY MUSIC HOLDINGS, INC.

        Defendants.

Civil Action No.: 2:20-cv-01556

**JURY TRIAL DEMANDED**

## ORDER OF COURT

AND NOW, this _5th_ day of _November_, 2020, upon consideration of the Motion for Admission *Pro Hac Vice* of Thomas E. Dietrich, presented by Thomas E. Dietrich on behalf of Plaintiff in this matter, and good cause having been shown, it is hereby ADJUDGED, ORDERED and DECREED that the Motion is GRANTED and attorney Thomas E. Dietrich is specifically admitted to the bar of this Court for purposes of this particular action as attorney for Plaintiff High Off Life, LLC.

BY THE COURT:

_W. Scott Hardy_