# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGH OFF LIFE, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:20-cv-1556-WSH |
| | ) | |
| v. | ) | Judge W. Scott Hardy |
| | ) | |
| FREEBANDZ PRODUCTIONS, LLC, and | ) | |
| SONY MUSIC HOLDINGS, INC. | ) | *Electronically Filed* |
| | ) | |
| Defendants. | ) | |

## UNCONTESTED MOTION FOR AN
## EXTENSION OF TIME TO ANSWER, MOVE OR
## OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

AND NOW, come Defendants Freebandz Productions, LLC and Sony Music Entertainment (incorrectly identified as Sony Music Holdings, Inc. in the Complaint) (collectively, "Defendants"), who respectfully file this **UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**, averring as follows:

1. Plaintiff High Off Life, LLC instituted this action by filing its Complaint on October 16, 2020.

2. The registered agent of Defendant Sony Music Entertainment (incorrectly identified as Sony Music Holdings, Inc. in the Complaint) was served with the Complaint on October 21, 2020.

3. Undersigned counsel was retained to represent Defendant Sony Music Entertainment.

4. On November 5, 2020, Freebandz authorized undersigned counsel to accept service of the Complaint on its behalf.

5. Defendants agreed to accept service of the Complaint on Freebandz in exchange for setting the deadline for responding to the Complaint on behalf of both Defendants at sixty days from the date of acceptance of service on Freebandz, namely, January 4, 2021. Plaintiff agreed to this arrangement.

6. Because the time period agreed to by the parties exceeds the 45 day period identified in LCvR 7, Defendants are submitting this uncontested motion instead.

7. No previous extensions of time to respond to the Complaint have been sought, and Defendants are still within the originally prescribed period to respond to the Complaint. Further, there are no current deadlines in the case that will be affected by the requested extension of time sought by Defendants, and no party will be prejudiced by the relief requested. Granting this Motion will allow for a coordinated response to the Complaint by both Defendants on the same timeline.

**WHEREFORE**, Defendants Freebandz Productions, LLC and Sony Music Entertainment (incorrectly identified as Sony Music Holdings, Inc. in the Complaint) respectfully request that this Court grant their unopposed Motion for Extension of Time to File an Answer, Move or the Otherwise Plead in Response to Plaintiff's Complaint, and enter an Order permitting Defendants to file their respective responses on or before January 4, 2021.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: November 11, 2020

s/ *Cecilia R. Dickson*
Cecilia R. Dickson (PA ID No. 89348)
Kent E. Baldauf, Jr. (PA ID No. 70793)

One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

                412.471.8815
                412.471.4094 (fax)
                cdickson@webblaw.com
                kbaldaufjr@webblaw.com

Of counsel (*pro hac vice* forthcoming)
David C. Rose
Pryor Cashman LLP
7 Times Square
New York, New York 10036-6569
212.326.0142
212.326.0806 (fax)
drose@pryorcashman.com


                *Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of November, 2020, I electronically filed the foregoing **UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *Cecilia R. Dickson*
Cecilia R. Dickson