# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGH OFF LIFE, LLC, | Civil Action |
| Plaintiff, | No. 2:20-cv-1556-WSH |
| v. | Judge W. Scott Hardy |
| FREEBANDZ PRODUCTIONS, LLC, and SONY MUSIC HOLDINGS, INC. | *Electronically Filed* |
| Defendants. | |

## NOTICE OF APPEARANCE

TO: CLERK OF COURT

Kindly enter my appearance on behalf of Defendants Freebandz Productions, LLC, and Sony Music Entertainment (incorrectly identified as Sony Music Holdings, Inc. in the Complaint), in the above-captioned matter.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: November 11, 2020

s/ *Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr. (PA ID No. 70793)

One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of November, 2020, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

                                              **THE WEBB LAW FIRM**

                                              s/ *Kent E. Baldauf, Jr.*
                                              Kent E. Baldauf, Jr.