# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGH OFF LIFE, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:20-cv-1556-WSH |
| | ) | |
| v. | ) | Judge W. Scott Hardy |
| | ) | |
| FREEBANDZ PRODUCTIONS, LLC, and | ) | |
| SONY MUSIC HOLDINGS, INC. | ) | ***Electronically Filed*** |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 12TH day of November, 2020, based upon Defendants' **UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED, and the deadline for each Defendant to file an Answer, move or otherwise plead in response to Plaintiff's Complaint is EXTENDED until **January 4, 2021**.

BY THE COURT:

_W Scott Hardy_ J.