## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGH OFF LIFE, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:20-cv-1556-WSH |
| | ) | |
| v. | ) | Judge W. Scott Hardy |
| | ) | |
| FREEBANDZ PRODUCTIONS, LLC, and | ) | |
| SONY MUSIC HOLDINGS, INC. | ) | *__Electronically Filed__* |
| | ) | |
| Defendants. | ) | |

## MOTION OF DEFENDANTS FREEBANDZ PRODUCTIONS, LLC AND SONY MUSIC ENTERTAINMENT TO DISMISS PLAINTIFF'S COMPLAINT

AND NOW COME Defendants Freebandz Productions, LLC and Sony Music Entertainment (incorrectly identified as Sony Music Holdings, Inc. in the Complaint) ("Defendants"), by and through their undersigned counsel, and hereby moves to dismiss the Complaint of Plaintiff High Off Life, LLC.  This motion is based on Rule 12(b)(6) of the Federal Rules of Civil Procedure, the accompanying memorandum in support, the arguments of counsel, and all of the files, records, and proceedings herein.

WHEREFORE, for the reasons stated in Defendants' memorandum, Defendants respectfully request that the Court:

1. Dismiss the Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

2. Award Defendants the attorneys' fees, costs and disbursements they have incurred in this matter; and

3. Grant such further and other relief as the Court deems just and proper.

No. 2:20-cv-1556-WSH

Respectfully submitted,
**THE WEBB LAW FIRM**

Dated: January 4, 2021

s/ *Cecilia R. Dickson*
Cecilia R. Dickson (PA ID No. 89348)
Kent E. Baldauf, Jr. (PA ID No. 70793)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
cdickson@webblaw.com
kbaldaufjr@webblaw.com

*And*

David C. Rose (admitted *pro hac vice*)
Dyan Finguerra-DuCharme
(admitted *pro hac vice*)
Pryor Cashman LLP
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
drose@pryorcashman.com
dfinguerra-ducharme@pryorcashman.com

*Attorneys for Defendants Freebandz Productions, LLC and Sony Music Entertainment*

2

No. 2:20-cv-1556-WSH

## CERTIFICATE OF CONFERRAL

Pursuant to Paragraph II.B of this Court's Interim Civil Practices and Procedures, I certify that counsel for moving Defendants, Freebandz Productions, LLC and Sony Music Entertainment (incorrectly identified as Sony Music Holdings, Inc. in the Complaint), conferred with Plaintiff by phone on November 16, 2020 to address the possible resolution of this matter. When during that phone call it appeared that a resolution could not be achieved, counsel for the moving Defendants advised counsel for Plaintiff that Defendants would be moving to dismiss the Complaint in its entirety. Counsel made a good faith effort to confer with Plaintiff to determine whether the identified pleading deficiencies may be cured by amendment.

Respectfully submitted,
**THE WEBB LAW FIRM**

Dated: January 4, 2021

s/*Cecilia R. Dickson*
Cecilia R. Dickson (PA ID No. 89348)
Kent E. Baldauf, Jr. (PA ID No. 70793)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
cdickson@webblaw.com
kbaldaufjr@webblaw.com

David C. Rose (admitted *pro hac vice*)
Dyan Finguerra-DuCharme
(admitted *pro hac vice*)
Pryor Cashman LLP
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
drose@pryorcashman.com
dfinguerra-ducharme@pryorcashman.com

*Attorneys for Defendants Freebandz Productions, LLC and Sony Music Entertainment*

3

No. 2:20-cv-1556-WSH

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2021, a copy of this **MOTION OF DEFENDANTS FREEBANDZ PRODUCTIONS, LLC AND SONY MUSIC ENTERTAINMENT TO DISMISS PLAINTIFF'S COMPLAINT** was filed on the Court's CM/ECF system, which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *Cecilia R. Dickson*
Cecilia R. Dickson