UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

<table>
<tr><td>HIGH OFF LIFE, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>FREEBANDZ PRODUCTIONS, LLC,<br>and SONY MUSIC HOLDINGS, INC.</td><td>Civil Action No. 2:20-cv-1556-WSH<br><br>Hon. W. Scott Hardy<br><br><br>***Electronically Filed***</td></tr>
</table>

**DECLARATION OF STEPHEN MCARTHUR IN SUPPORT OF PLAINTIFF HIGH OFF LIFE, LLC'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**

I, Stephen McArthur, declare as follows:

1. I am an attorney at law, duly admitted into practice before the State of California and, *pro hac vice*, in this Court. I am an attorney with The McArthur Law Firm, P.C., counsel for Plaintiff High Off Life, LLC ("HOL"). I make this Declaration in support of HOL's Opposition to Defendants' Motion to Dismiss Complaint. The matters set forth herein are of my own personal knowledge, and if called upon to testify as to such matters, I could and would do so.

2. Attached hereto as Exhibit A is a true and correct copy of the lyrics to the "High Off Life" album (the "Album"), which were obtained from the website, Lyrics on Demand. Various references to drugs in the Album lyrics are highlighted in yellow.

3. Attached hereto as Exhibit B is a true and correct copy of an article from XXL Magazine containing an interview with Future, dated April 7, 2020.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 20, 2020 at Los Angeles, California.

*/s/ Stephen McArthur*

# <u>Exhibit A</u>

High Off Life Album Lyrics by Future



**Play "High Off Life"**

on Amazon Music Unlimited (ad)

# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Country   Christian   Hip Hop   Rock   Oldies   Trending   More ▶

# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Browse By Artist or Genre ▼

001



# Future Lyrics

## High Off Life Lyrics

Follow          **Like** 51



**Play "High Off Life"**

on Amazon Music Unlimited (ad)

(Lyrics to the Full Album on one page)

1. **Trapped in the Sun**
2. **HiTek Tek**
3. **Touch the Sky**
4. **Solitaires**
5. **Ridin Strikers**

002

6. **One of My**
7. **Posted with Demons**
8. **Hard to Choose One**
9. **Trillionaire**
10. **Harlem Shake**
11. **Up the River**
12. **Pray for a Key**
13. **Too Comfortable**
14. **All Bad**
15. **Outer Space Bih**
16. **Accepting My Flaws**
17. **Last Name**
18. **Tycoon**
19. **100 Shooters**
20. **Life is Good (Remix)**

---

### Trapped in the Sun

That yellow Lambo' outside for when I trapped in the sun
That green Ferrari sittin' outside when I couldn't make bond
I gave the plug to my nigga, I gave the game to my sons
Real shit, yeah

That yellow Lambo' outside for when I trapped in the sun (for when I trapped in the sun)
That green Ferrari sittin' outside when I couldn't make bond (when I couldn't make bond)
I gave the plug to my nigga, I gave the game to my sons (game to my son)
You need to learn the recipe, how to put a three on a one (yeah, yeah)
Like the plug to the socket, I'm connected (yeah, yeah)
I get bored, I might give away a necklace (yeah, yeah)
That yellow Lambo' outside for when I trapped in the sun (for when I trapped in the sun)
That green Ferrari sittin' outside when I couldn't make bond

He wanna be a superstar, I bought him a magazine
For his birthday, got him a Glock, hold more than seventeen
I been on Adderall, I been on gasoline
I had some Haitians with me, they off the pork and beans
I did new registration, I did some new Celine
They line up at the wolf doctor, actin' like some fiends
I microwave the pound, I never cut the lean
I got dope in my blood, it's full of promethazine
You need some molly in your drink to boost your self-esteem (yeah, yeah)
I'm in Amiri every day, say, "F*ck them Levi jeans" (yeah, yeah)
He wanna be a superstar, I bought him a magazine
I can't be a role model, 'cause I'm a trappin' king

That yellow Lambo' outside for when I trapped in the sun (for when I trapped in the sun)
That green Ferrari sittin' outside when I couldn't make bond (when I couldn't make bond)

003

I gave the plug to my nigga, I gave the game to my sons (gave the game to my son)
You need to learn the recipe, how to put a three on a one (yeah, yeah)
Like the plug to the socket, I'm connected (yeah, yeah)
I get bored, I might give away a necklace (yeah, yeah)
That yellow Lambo' outside for when I trapped in the sun (for when I trapped in the sun)
That green Ferrari sittin' outside when I couldn't make bond

I copped the Porsche and it made me more ambitious (yeah, yeah)
Got foreign cars in my driveway, I'm a misfit (yeah, yeah)
Pullin' up on foreign
Down bad, I was starvin' (down bad, I was starvin')
Had to buy me a carbine (had to buy me a carbine)
Livin' life the largest (livin' life the largest)
Tryna avoid these charges (avoid these charges)
Don't know where your heart is (you don't know where your heart is)
Came out the 'partments (came out the 'partments)
You drownin', flawless (you drownin', flawless)
Seven-figure endorsements (yeah, yeah)
Colored hair like Rodman (colored hair like Rodman)
I ain't come for bargainin' (I ain't come for bargainin')
I'm doin' too marvelous (I'm doin' too marvelous)
Trapped out on the dead end (yeah, yeah)
Then the house, get lost in (yeah, yeah)
Pullin' off like a faucet (yeah, yeah)
Rolex with the outfit (Rolex with the outfit)
Count money with a passion (whoa, whoa)
Stretch it out like elastic (whoa, whoa)
Ball without no basket (whoa, whoa)
Bitch wrapped in plastic

That yellow Lambo' outside for when I trapped in the sun (for when I trapped in the sun)
That green Ferrari sittin' outside when I couldn't make bond (when I couldn't make bond)
I gave the plug to my nigga, I gave the game to my sons (gave the game to my son)
You need to learn the recipe, how to put a three on a one (yeah, yeah)
Like the plug to the socket, I'm connected (yeah, yeah)
I get bored, I might give away a necklace (yeah, yeah)
That yellow Lambo' outside for when I trapped in the sun (for when I trapped in the sun)
That green Ferrari sittin' outside when I couldn't make bond

That Lamborghini outside for when I trapped in the sun, yeah

**Top▲**

## HiTek Tek

(Atl Jacob, ATL Jacob) Freeband Gang

Yeah, yeah
Hi-tech Tech, yeah, yeah
Big ol' jet, yeah, yeah
Big ass TEC, yeah, yeah
Big ass bitch, yeah, yeah
Thick lil' shit, yeah, yeah
I'm gettin' my money, yeah, yeah
I'm gettin' this rich, yeah, yeah
Straight out the crib, yep
I'm straight out the trench, yep
I'm straight out the trench, yep
I'm straight out the trench, yep
The trench of the trench (Woo)
The drank on the floor
I started out poor
But not no more

Hop in that go, go, go, Ghost, I'm on go-mode
We drivin' every single car you want, send in the dope, ho
She like to ride when I go jugg, I got a dope ho
Make me sing to your bitch, K-Ci, JoJo
Every day, every night, go to the moon
All of my niggas geeked up in the room
Paradise, shoot my one and two
Astronaut takin' off, I got the proof, yeah
Perky medics, yeah, yeah
Head from Becky, yeah, yeah
Gold baguetties, yeah, yeah
Gold Prezi', yeah, yeah
I be down in Houston like Kareem, I'm a Rocket
Drank the drank and popped a couple beans, now I'm cocky
Came through the game and took that shit like I was robbin'
Chain rings, earrings, please proceed with cautions
Courtside, I'm sittin' at the game with a Glock in my pocket
All my niggas bang, brr, clear out the cartridge
Go inside of Chanel store and start poppin'
I told you, I'm rollin' off a bean like Scotty

Yeah, yeah
Hi-tech Tech, yeah, yeah
Big ol' jet, yeah, yeah (big ol' jet)
Big ass TEC, yeah, yeah
Big ass bitch, yeah, yeah (big ass bitch)
Thick lil' shit, yeah, yeah
I'm gettin' my money, yeah, yeah (Hi-Tech Tech)
I'm gettin' this rich, yeah, yeah
I'm straight out the crib
I'm straight out the trench, yep
I'm straight out the trench

005

I'm straight out the trench, yep
The trench of the trench, woo
The drank on the floor
I started out poor
But not no more

Yeah, I fill up a cup with that red and I know it might kill me (Hi-Tech Tech)
I throwed on the animal print and it got me bougie
I sold my coke in the cold, the sweater was Coogi
I can't forget my bros, we make a zoovie
I am not supposed to be f*ckin' these bitches, they jockin' my dick on the low
I got her on lean, woo, I got her on beans, woo
She down to my team, man, I'm cuttin' up a ring, man
Fully loaded magazines, shout out to the gangland
And I can't even sleep
I been already geeked for seven days
Put the wood on that Banshee
I position her more than seven ways
I got black cards and Visas, I'm gettin' paid
I'm sittin' in the dark, ain't got shades
Take all the tablets and go to space

Hi-tech Tech, yeah, yeah
Hi-tech Tech, yeah, yeah
Big ol' jet, yeah, yeah (big ol' jet)
Big ass TEC, yeah, yeah
Big ass bitch, yeah, yeah (big ol' bitch)
Thick lil' shit, yeah, yeah
I'm gettin' my money, yeah, yeah (Hi-Tech Tech)
I'm gettin' this rich, yeah, yeah
Hi-tech Tech
Hi-tech Tech, Hi-Tech Tech (yeah, yeah)
Hi-tech Tech (yeah, yeah)

**Top▲**

## Touch the Sky

(Southside on the track, yeah)
Yeah
Got the 'Rari outside, got the Maybach outside, no lie, no lie
Got the 'Rari outside, got the Maybach outside, no lie, no lie

In the penthouse in my room, I can touch the sky, yeah, yeah
I just woke up with a dime, holdin' a nine, yeah, yeah
I just stuffed a Backwood with a three-five, yeah, yeah
Off the top rope, Andre the Giant, yeah, yeah

006

I just put a brand new Phantom on my credit card
I just bought the Rollie store with my credit card
Put two hundred racks on my bitch debit card
I put two hundred racks on your whole squad
I'm a big time nigga, I don't owe no niggas
Cut a five million-dollar check, I blow that nigga
Twenty million-dollar liquid, I can show that nigga
Aquafina on me drippin', you can't pour this, nigga
I perform with my drum, you must don't know me, nigga
Got a thoroughbred bitch down in Texas, nigga
I can tell she got a man from how she text me, nigga
I been flexin' all my life, you can't finesse me, nigga

I been in the bando with the chick
Buy Jimmy Choo sandals 'cause I'm rich
I put the pool on the top floor
These thot hoes, they free promo
I'ma keep my ho in Chanel, Coco
Puttin' butterfly doors on a four-door
Yeah, I been in the bando with the chick
Buy Jimmy Choo sandals 'cause I'm rich

I come through turbo, hit the switch (come through turbo)
You only do pink diamonds when you rich (you only do pink diamonds)
I threw cotton candy diamonds on my bitch, yeah yeah
Got the Rollie face same Kansas City, yeah yeah
I'm just a walkin' drug store, don't you be mindin' me
I just spend ten thousand on a 'fit and I got that iron on me
I'm on a whole 'nother wave, I'm surfin' in a new Ferrari
I just been sippin', I'm drippin', I'm spillin', I'm shittin' on everybody
I got ten kilos on my wrist, yeah, yeah
Outer space froze, cold in my pics, yeah, yeah
Platinum ice, rose gold on my wrist, yeah, yeah
I got a closet for a condo

Got the 'Rari outside, got the Maybach outside, no lie, no lie
In the penthouse in my room, I can touch the sky, yeah, yeah
I just woke up with a dime, holdin' a nine, yeah, yeah
I just stuffed a Backwood with a three-five, yeah, yeah
Off the top rope, Andre the Giant, yeah, yeah

I've been in the bando with the chick
Buy Jimmy Choo sandals 'cause I'm rich

Top▲

# Solitaires

(Wheezy outta here)

Solitary diamonds, solitary jewels
With a bitch that's shinin', lookin' like the moon
Said she wanna party, wanna let it loose
Bustin' out my back room, she ain't out the loop
It's jumpin', let it in
Ooh
I put it out, they come in
Ooh

Came up off a brick
Bought a Richard Mille, my new watch don't tick
Drippin' in Louis V, made a movie, and Prada another film
It's the Don Dada, I stand this Lamborghini on one wheel
Twelve o'clock, and I got my gun clocked, and I'm on one pill
Monday all the way to Sunday, pick a time to drill
Gettin' my lettuce, I'm gettin' my paper, I'm gettin' my trees, woo, woo
One thousand percent, keep it one thousand with me woo, woo (yeah)
Started with my squad, so I can't chill
Money over bitches, gotta play the field
Coronavirus diamonds, you can catch the flu
Trap in bandos, walk in Jimmy Choo
Solitaries made a rockstar too
Solitary diamonds, I can show proof
That these bitches on me just like a pop group
I got racks on my mind and I can't lose
And I got solitary diamonds, solitary jewels
Watches full of baguettes, pockets full of blue (yeah)
Solitary diamonds, solitary jewels
Girls gettin' naked in my swimming pool (yeah)
I wanna take care you and your friends (yeah)

Ooh
I put it out, they come in
Ooh (it's lit)
Radical decisions what we always choose
All the dogs is hungry and they sellin' food (yeah)
Every time we do it, tend to hit the news
I don't want it if it's stiff or if that pussy loose
Runnin', know they gunnin' 'cause I got the juice
I been thuggin' since a youngin, brought that work to school
Floodin' all the hunnids, we done broke the pool
All this money bring the power, I didn't make the rules (let's go)

Sipping on codeine got my screws loose

008

Making all this money got my screws loose (yeah)
Ridin' Lamborgini made her pussy juicy
Grippin' on the wheel, playin' in her pussy
Diamonds my neck been going crazy
I think I need to see a psychiatrist (ooh)
Living in the streets and the gutter raised me
I know how to sell narcotics

When they let us off of lock', man, we gon' make that shit pop
Been humpin' wifey for so long, she got a limp when she walk
Got seven drops in four spots, I get to pick where I live
In the back they playin' twinsies like a Hugh Hefner zoo
On my teeth, these diamonds twinkle, in her legs a Jacuzzi
I be tweakin' every day, I got some screws missin'
I keep a Air Max pump on me, no, not my 270s (yeah)
And they know just where I be, it's like I'm 713 (yeah)
Havin' money on this side is not the conversation (yeah, yeah)
Solitary diamonds for my dog inside, he waited, yeah (straight up)

Solitary diamonds, solitary jewels
With a bitch that's shinin', lookin' like the moon
Said she wanna party, wanna let it loose
Bustin' out my back room, she ain't out to loop
I wanna take care you and your friends
Ooh
I put it out, they come in
Ooh

**Top▲**

## Ridin Strikers

Riding strikers
Hotbox shit, it's that hotbox shit (Pluto)
I'm gonna cut 'em (you got somethin' to bring)

Riding strikers good, yeah
Riding strikers in the hood, nigga
Riding strikers through your hood (ridin' strikers through), yeah
Ridin' strikers through your hood, yeah
F*ck a title, you got that rifle, you need to ride striker
Go for the Ferrari, a Spider, man, I had to ride striker
I taught my young niggas how to slide, go and get a striker
I put my young bitch in a G-Wag she ridin' strikers

I go to Jamaica then tag 'em with a hundred snipers
I dip the ice and go (woo), I step out icy, frozen (woo)

009

I hit professional (woo), I have deja vu, I know (woo)
I'm gettin' my decimals (woo), I'm going digital
Spazzin' in Jimmy Choo, bagged up plentiful
Tell me how I'm supposed to be sober in my interview? (Sober)
Last night I was growing up (I was in Fendi too)
Took flight, I've been going up (that's a ritual)
Passport and we going up like some animals
Addied up and I'm gassed up, change the temperature
Triple rows, tall hoes, they identical
Minute Maid, Hi-Tech splash (goin' crazy)
Drug raids got me cold, got me cocky (ah)
Can't stand it, won't enjoy life if it ain't toxic
Cuban links, walkin' on ice, I don't play hockey
I was trained standin' on Front Street and I'm saucy
High pro, foul superstar codeine coughing
Cop a Porsche, cop a Range Rover, it's King Joffrey
Kick a door, smokin' sherm sticks, they opps
Piss poor, we sticking together like gang
King Kong, I'm taking drugs out my body
Insane, inside my brain and my posse

Riding strikers good, yeah
Riding strikers in the hood, nigga
Riding strikers good, yeah
Ridin' strikers in the hood, nigga
F*ck a title, you got that rifle, you need to ride striker (striker)
Go for the Ferrari, a Spider, man, I had to ride striker (striker)
I taught my young niggas how to slide, go and get a striker
I put my young bitch in a G-Wag she ridin' strikers (strike)

Riding strikers good
(Riding strikers through your hood, yeah)
(Riding strikers through)
(Riding strikers through the hood, nigga)
(Yeah, riding strikers through your hood, yeah)

The police need your help in tracking down a suspect
In a bank robbery this morning on the city's north side
According to police, the suspect walked into the bank about nine this morning
Went straight to one of the tellers, handed over a note that said
"Put money in bag"

Huh, pouring up drank
Huh, now I'm robbin' me a bank
Huh, f*cking on foreign
Huh, that bitch with you ain't
Huh, whippin' up foreign
Huh, drive it like a tank
Huh, pouring up drank

010

Huh, 'bout to rob me a bank
Huh, smokin' on pressure
Huh, straight out a pound
Huh, crazy-ass shooter (crazy-ass shooter)
Huh, sprayin' in the crowd (sprayin' in the crowd)
Huh, kill 'em on sight
Huh, still go to trial
Huh, nigga get life
Huh, been scarred as a child
Huh (rob me a bank)
(Rob me a bank)
(Huh)

Top▲

## One of My

Freeband, mm
Yeah
Yeah, yeah, yeah

One of my niggas got rich off bricks
One of my niggas got rich hittin' licks
One of my niggas got rich sellin' grass
One of my niggas got rich off swag
One of my niggas got rich off hoes
One of my niggas got rich off coke
One of my niggas be kickin' in doors
One of my niggas ain't got no soul

One of my niggas trappin' out his house
One of my niggas trappin' out a penthouse
One of my niggas don't talk, he a boss
One of my niggas come through, knock you off
One of my niggas drink syrup, no coughin'
One of my niggas be scamming, yeah
Bustin' checks, he the scammer of the year
One of my niggas comin' home in a year
One of my niggas got a body in here
One of my niggas on molly, need help
One of my niggas, he real when he rap
One of my niggas don't never play fair
One of my niggas be stalking the opps
He one of them niggas don't talk to the cops
One of my niggas turn a half to a block
One of my niggas got bags by the box

011

One of my niggas got rich off bricks
One of my niggas got rich hittin' licks
One of my niggas got rich sellin' grass
One of my niggas got rich off swag (one of my)
One of my niggas got rich off hoes
One of my niggas got rich off coke
One of my niggas be kickin' in doors (one of my)
One of my niggas ain't got no soul

Most of my niggas got rich nigga habits
Most of my niggas got rich nigga chains
Most of my niggas f*ckin' rich nigga bitches
Most of my niggas done sold cocaine
One of my niggas got rich off pills
Most of my niggas done got a few stains
One of my niggas be scamming, yeah
Bustin' checks, he the scammer of the year
One of my niggas comin' home in a year
(Home in a year, one of my)
One of my niggas got a body in here (one of my)
One of my niggas on molly, need help

One of my niggas got rich off bricks (bricks)
One of my niggas got rich hittin' licks (licks)
One of my niggas got rich sellin' grass (grass)
One of my niggas got rich off swag (swag)
One of my niggas got rich off hoes
One of my niggas got rich off coke
One of my niggas be kickin' in doors
One of my niggas ain't got no soul

Top▲

## Posted with Demons

Yeah (whoa)
I was tryna tell you, "Be cool," 'cause I ain't never wanna see you go through it
I ain't even have to trap no more 'cause I was doing it too fluently
I told myself I would never rob nobody and then end up doin' it
(Who dat, Trell?)

Came off the block, I was posted with demons
You ain't did the shit I did
Came off the block, I was posted with demons
You ain't did the shit I did
Came off the block, I was posted with demons
You ain't did the shit I did

Came off the block, I was posted with demons
You ain't did the shit I did

All this dope I sold
I tell my real life, finna go cop me a Ghost
I was already ahead of the wave
Now I gotta go out and buy me a boat
Rich nigga f*ckin' on the baddest bitch
I still f*ck an average bitch
I be on some savage shit
Ran it up with this rappin' shit

I'm casually pimpin' these bitches
I don't give a f*ck if the bitch is Catholic
I give zero f*cks
You can worship the devil, bitch, just drop me these bricks
I got the preacher's daughter
Sellin' pussy, bitch gon' make me rich
I might've f*cked the lil' thot on the strength
Or because it was late and a nigga was lit (whoa)
Came off the block, I was just posted up
With all the demons and did what I did
Codeine, Wock', plastic Glock
Drop my top, pull off on a cop (skrrt, skrrt)
Broke a block, down to rock
Disturbin' the peace like I'm Chris
I'm not a average street nigga, stop frontin'
Puttin' diamonds on you, bitch
Codeine, Wock', plastic Glock
Killed the box, got sloppy top
I just wet this nigga, bitch
Codeine, Wock', plastic Glock
Broke a block, down to rock
Disturbin' the peace, like I'm Chris

Came off the block, I was posted with demons
You ain't did the shit I did
Came off the block, I was posted with demons
You ain't did the shit I did
Came off the block, I was posted with demons
You ain't did the shit I did
Came off the block, I was posted with demons

All this dope I sold
I tell my real life, finna go cop me a Ghost
I was already ahead of the wave
Now I gotta go out and buy me a boat
Rich nigga f*ckin' on the baddest bitch
I still f*ck an average bitch

013

I be on some savage shit
Ran it up with this rappin' shit

I can't never forget when I was starvin', that shit make me sick
I wouldn't care if I never seened your face again, you crazy bitch
All this ice on, you can see through tint when it's just three percent
Black and stone, my diamonds on, Sylvester Stallone
Sylvester Stallone diamonds, yeah
No, these not the wrong diamonds
Sylvester Stallone diamonds, yeah
No, these not the wrong diamonds
(These not the wrong diamonds)
You can see with your eyes on your own
I done went against odds before
Makin' it, takin' it, they see the wrong
If the streets don't kill you first, nigga
It's gon' make you strong
I done came from out the dirty, nigga
Buried the money in the floor
I got racks on me and I'm froze
Rockin' tennis chains on you hoes

Came off the block, I was posted with demons
You ain't did the shit I did
Came off the block, I was posted with demons
You ain't did the shit I did
Came off the block, I was posted with demons
You ain't did the shit I did
Came off the block, I was posted with
You ain't did the shit I did

**Top▲**

## Hard to Choose One

Yeah, it's Pluto
Pluto (yeah, Freebandz), you dig, you dig
Yeah (yeah, yeah)
Yeah (yeah, 808 Mafia)
Yeah, yeah (yeah, yeah)

Motor in the back with the trunk in the front
Smokin' on gas, three-five in a blunt
Poppin' new tags, it's one of a one
I got them chopsticks, ain't going to lunch
Came out the creek, had to drop off a ton
Made it off the streets, I came up from a crumb

014

Two thousand just for the shoes I put on
Spin out and do a three-sixty for nothin' (skrrt)
Freestylin' while I got kush in my lung
Crocodile Burberry, that's what I'm on (brrt, brrt)
Packed out the club, that's a quarter million (brrt, brrt)
High-priced fashion, Italian, Milan (fashion)
If she get attached, then I'm goin' on the run (she get attached)
Took the big batch and I can't feel my tongue (took the big batch)
Hundreds of baddies, it's hard to choose one (hundreds of baddies)
Green light the shooters, it's already done (brrt, brrt, brrt)

Green light the shooters, they already on you
Take a few Addies, then go in a coma
Takin' and rappin', them bales my diploma
Drivin' my space coupe, goin' to Daytona
Line 'round the corner like Ronald McDonald's
Count on my llama, you call me Obama
Whippin' that bird like the Number 1 Stunna
Put on reserve, she come when I want her
Hop in the vert, it go over two hundred
She kept it real with her, shout outs to London
I bought her Gucci, she bought me a chopper
Money and sex is bringin' me problems
But I'm at my best when I'm runnin' through models
Look at your rings, you done dipped 'em in vodka
Talkin' Emilio Pucci, I got 'em
Came out the trap, a hood nigga role model

Motor in the back with the trunk in the front
Smokin' on gas, three-five in a blunt
Poppin' new tags, it's one of a one
I got them chopsticks, ain't going to lunch
Came out the creek, had to drop off a ton
Made it off the streets, I came up from a crumb
Two thousand just for the shoes I put on
Spin out and do a three-sixty for nothin' (skrrt)
Freestylin' while I got kush in my lung
Crocodile Burberry, that's what I'm on (brrt, brrt)
Packed out the club, that's a quarter million (brrt, brrt)
High-priced fashion, Italian, Milan (fashion)
If she get attached, then I'm goin' on the run (she get attached)
Took the big batch and I can't feel my tongue (took the big batch)
Hundreds of baddies, it's hard to choose one (808 Mafia)
Green light the shooters, it's already done (brrt, brrt, brrt)

Crashed out on pills, but it's makin' me numb (let's go)
I paid the bill, you consider it done (pay the bill)
Trap in the field, made a mil' on my own (trap in the field)
Peel off the seal on that Hi-Tech I'm sprung (yeah)

Cash out on diamonds, Italian, Milan (cashin' out)
One hundred bad bitches havin' fun (what's up?)
Rollin' up X and I can't feel my arms
Platinum ice on me, it's clearer than Patron
Money and power, it got me on meds
Load up my rifle, I don't go to bed
Coppin' a Viper gon' make them upset
F*ckin' rich niggas gon' get you baguettes
Pussy was leakin', I f*cked on a jet
We made a bond to never forget
Cancel that ho, she tried f*ck up my check
Get in this Lambo', this not a Corvette (skrrt, skrrt)

Motor in the back with the trunk in the front
Smokin' on gas, three-five in a blunt
Poppin' new tags, it's one of a one
I got them chopsticks, ain't going to lunch
Came out the creek, had to drop off a ton
Made it off the streets, I came up from a crumb
Two thousand just for the shoes I put on
Spin out and do a three-sixty for nothin'
Freestylin' while I got kush in my lung
Crocodile Burberry, that's what I'm on (let's go)
Packed out the club, that's a quarter million
High-priced fashion, Italian, Milan (brrt, brrt, brrt)
If she get attached, then I'm goin' on the run
Took the big batch and I can't feel my tongue
Hundreds of baddies, it's hard to choose one
Green light the shooters, it's already done (hundreds of bad bitches)

Brrt, brrt
Hundreds of bad bitches
Hundreds of bad bitches
Hundreds of bad bitches
Hundreds of baddies, it's hard to choose one

**Top▲**

---

## Trillionaire

I was so high out my mind, I thought I wasn't gon' see tomorrow
Yeah
Stayin' ten toes down with my head up (whoa)
(Teezy on the beat) (Teezy on the beat)
Mafia the dream, with his gunshots
I was talkin' to, um, I was talkin' to Slime when I said, um
I think I asked him do he think, do he think I could do seven

016

Then he said "Bro, you f*ckin', is you f*ckin' crazy?" That nigga said, "Hell yeah"
Then he said some other shit behind that

Reportin' straight out of the slums (slums)
From rags to riches, I got me some bitches and I changed up how I come (come)
In a drought when your pockets got mumps (mumps)
These niggas believin' in nothin'
Ran up my sack, you know I ain't dumb
Wherever I'm goin', I pull up with somethin' (doot-doot-doot)
38, Atlanta, Lil' Haiti (Haiti)
Where I'm from, it's hard to make it (make it)
I'll never let 'em take it (take it)
Grammys, I was nominated (whoa)
Told that bitch that I'm leavin', so face it (face it)
Get a new ho and have me a baby (baby)
Out the jungle, I conquered and made it (I made it)
It still don't feel like I'm famous (famous)

Feel like they don't feel me now, yeah (they don't feel me now)
Fill it up, stunt, they see me now, yeah (yeah, I'm stunt, they see me now)
I'm steps away, I can't stop now (I can't)
No, I won't let you waste my time (yeah)

Surrounded by some millionaires (oh-whoa)
And I know I'ma be one when I walk off
Feel like I can be a trillionaire (oh-whoa)
Yeah I'ma be the one that they talk 'bout
Yeah

I'ma be the one they talk about
I'ma be the one they envy (yeah)
Hate it when you made it out the struggle
Love to see a nigga in the trenches (Pluto)
Went to sleep, had a few nightmares
Nigga just left off a mission
I'm the one paid my dues, dropped out of school, now I'm winnin'
I had a girl with some red hair, made a nigga feel like Chapo (Freebandz)
Just got off the phone with vato, know a young nigga gon' kill somethin'
I wanna get me a mil' ticket, my young nigga wanna get his murders up
Gotta go get me a million, spend half of it on convertibles
Jumpin' off the porch, no daddy, had to go and get mine out the gutter
Came up poor and ashy, now a nigga take care of my mother (swear)
Wish I had a cure on sickle cell, hate to see my sister suffer (got you)
You can never put a price on how much I love her

Surrounded by some millionaires (oh-whoa)
And I know I'ma be one when I walk off
Feel like I can be a trillionaire (oh-whoa)
Yeah I'ma be the one that they talk 'bout

017

Feel like they don't feel me now (like they don't feel me now)
Flexed up, stuntin', they see me now, yeah (yeah, I'm stuntin', they see me now)
I'm steps away, I can't stop now (I can't)
No, I won't let you waste my time (yeah)

Represent out the gutter, yeah, yeah
Fell in love with my Cartier, yeah
Go to war 'bout my brother, yeah, yeah
I'll kill 'bout my brother, yeah, yeah
Used to sleep on the floor, yeah, yeah
Used to kick in the door, yeah, yeah
I finesse with the bros, yeah, yeah

**Top▲**

## Harlem Shake

Chopper make him do the Harlem Shake
(Wheezy Beats) Ayy

Trap money, ayy
Snow bunnies, ayy
Trap money, ayy
Push start, ayy
Racks tall, ayy
Never fall, ayy
Guitar, ayy
Play with racks, ayy
Trap star, ayy
Brett Favre, ayy
Money, cars, ayy
Cook hard, ayy
White chalk, ayy
Nonstop, ayy
Chopper make him do the Harlem Shake

YSL, ayy (ayy)
Saint Laurent, ayy (ayy)
Smart curve TV (what?)
Smart car, ayy (skrrt)
Grab the carbon, ayy (ayy)
Let it spark, ayy (brrat)
Grab a jet, ayy (ayy)
Let's depart, ayy (ayy, ayy, ayy)
AK swang, Glock blastin' hard, ayy (ayy, ayy)
Ayy, ayy, let that Lamborghini Urus talk, ayy (slatt, ayy)

018

The chopper gon' pop it, just feel it, kneel it, whoa, ayy (ayy)
Ayy, ayy, preach your talk with a cop, ayy

Trap money, ayy
Snow bunnies, ayy
Trap money, ayy
Push start, ayy
Racks tall, ayy
Never fall, ayy
Guitar, ayy
Play with racks, ayy
Trap star, ayy
Brett Favre, ayy
Money, cars, ayy
Cook hard, ayy
White chalk, ayy
Nonstop, ayy
Chopper make him do the Harlem Shake

Ray Charles, ayy
You can still see him shinin'
Drag racer, ayy
Came through the trap glidin'
Ran out of garbage space
Shit on you niggas, parquet
Ayy, all this gas on me, I open up a gas station
Spent a kilo on a mink coat, ayy, ayy, ayy
Lil' shawty want some Henny and coco, ayy, ayy
Racks everywhere, Alpo, ayy
Chopper make him do the Harlem Shake

Trap money, ayy
Snow bunnies, ayy
Trap money, ayy
Push start, ayy
Racks tall, ayy
Never fall, ayy
Guitar, ayy
Play with racks, ayy
Trap star
Brett Favre
Money, cars
Cook hard, ayy
White chalk, ayy
Nonstop, ayy
Chopper make him do the Harlem Shake

Har-har-har-harlem Shake, Harlem Shake

019

Top▲

## Up the River

Yeah, yeah, I'm tryna go back in time, watch 'em freeze up
I'm tryna, I'll smoke some herb, mamacita, yeah
Some things you say, I don't believe you, yeah
These just the ways of the world, but we still takin' chances, yeah
These just the ways of the world, but a nigga still livin' (Will-A-Fool)

The way I'm shinin' every day, you might get blinded
I'm out my mind every day, I feel like flyin'
If you don't f*ck with me, my nigga, I don't give a f*ck
I got some partners, they gon' send you up the river
I keep the same aesthetics, I got the fuel unleaded
I never forget it

Hit my numbers, watch it pile up, like it hit the Lotto
I can guarantee you I'm the one they got they style from

Times is gettin' hard and my money got older
Droppin' back the top, I got the world on my shoulder
Over and over, gotta pour up, gotta roll up
Gotta cover up my war wounds, no time to be sober
Flawless clarity blindin' my demons
You givin' life a new meanin' when you dreamin'
On the block, we was schemin', servin' fiends and
Rollin' dice on the cement, yeah
I came from nothin', no, I don't want from nothin'
They schemin' on my blessings, yeah
Could've been the devil, but maybe it was karma
Surrounded by the drama, oh, yeah
Need to get my conscience back
I can feel chronic in my chest
Sometimes I feel like I'm runnin' out of breath
Hustlin' until the sun come
Feelin' like the last Don left

The way I'm shinin' every day, you might get blinded
I'm out my mind every day, I feel like flyin'
If you don't f*ck with me, my nigga, I don't give a f*ck
I got some partners, they gon' send you up the river (dead)
I keep the same aesthetics, I got the fuel unleaded
I never forget it, never forget it

Ain't got no room for no mistakes, ain't no 'flauging
It's the road I took, it was cloudy, it was foggy

020

Pour a four and I'ma smoke up like I'm Marley
It was cold I remember days I was hungry
Ran up, gettin' paid, nigga gettin' cocky
Give a f*ck what a nigga say, pockets stocky
Came a long way from sellin' dope to ice rocky
All this platinum ice in the face, feelin' godly
When it's said and done, I'ma make a billion like Kylie
Bitches feed me grapes because I'm grateful and I'm stylee
Ain't got time to wait on niggas, I'm goin' to catch a body
Ain't got time to wait on niggas, I'm goin' to catch a body

The way I'm shinin' every day, you might get blinded
I'm out my mind every day, I feel like flyin'
If you don't f*ck with me, my nigga, I don't give a f*ck
I got some partners, they gon' send you up the river (dead)
I keep the same aesthetics, I got the fuel unleaded
I never forget it

Hit my numbers, watch it pile up, like it hit the Lotto
I can guarantee you I'm the one they got they style from

**Top▲**

## Pray for a Key

Whoa, whoa, whoa
Whoa, whoa, whoa

Used to pray for a key, ask God to send me a bird
Got the drop on my opps, I'm never gon' say a word
It's time to go berserk, I've been dying to go berserk
Grey Poupon, spillin' wine on your shirt
Went on a stain, after I hit it, had to go to church
Selling cocaine, cookin' up chickens, don't nobody care
And I done spent countless nights workin' inside the kitchen
Drivin' in the car, smoke an ounce in sixty minutes

Used to pray for a key, ask God to send me a bird
Got the drop on my opps, I'm never gon' say a word
It's time to go berserk, I've been dying to go berserk
Grey Poupon, spillin' wine on your shirt
Went on a stain, after I hit it, had to go to church
Selling cocaine, cookin' up chickens, don't nobody care
And I done spent countless nights workin' inside the kitchen
Drivin' in the car, smoke an ounce in sixty minutes

Smoking green loud, grape Gushers, yeah

021

Hangin' in the trap where I learned to hustle, yeah
Flex, I done doubled up my cup
Can't explain the way I grind, can't explain it (don't change up)
Sold nickles, sold dime bags, now I'm famous
Been posted up with the murder squad, we're all hangin'
Stayed low in the cut, had to fake it 'til a nigga made it (I did)
I'm the same nigga I've been, every single day, I'm gettin' faded
I was gettin' it in times ten when the police raided
Soon as I elevated, finessin' went elegant
They can't tell I was vicious when I was treacherous
I could've failed, I turned it up and went executive, yeah (Pluto)

Used to pray for a key, ask God to send me a bird
Got the drop on my opps, I'm never gon' say a word
It's time to go berserk, I've been dying to go berserk
Grey Poupon, spillin' wine on your shirt
Went on a stain, after I hit it, had to go to church
Selling cocaine, cookin' up chickens, don't nobody care
And I done spent countless nights workin' inside the kitchen
Drivin' in the car, smoke an ounce in sixty minutes

Order up six hundred bottles and sixty bitches
I been havin' bitches starstruck, don't get in your feelings
I been countin', oh yeah, I'ma keep it a trillion (yeah)
Changing up velocity because of curiosity
I had to kill the cat, I'ma tell the truth
Five-star bitch wearing all white and I got it (murder)
Kept it true, dressed her up like a stylist (murder)
Pick any car you want just like you hit the lottery (whoa, whoa)
Diamonds are forever for you, yes, an eternity (whoa, whoa)
Niggas can't be f*cking with you, they're just like burnin' me (woo)
Need a down bitch that can transport a kilo (super)
I need a down bitch, purse fat like a sumo (ayy)
Keep it one thousand

Used to pray for a key, ask God to send me a bird
Got the drop on my opps, I'm never gon' say a word
It's time to go berserk, I've been dying to go berserk
Grey Poupon, spillin' wine on your shirt
Went on a stain, after I hit it, had to go to church (go to church)
Selling cocaine, cookin' up chickens, don't nobody care
And I done spent countless nights workin' inside the kitchen
Drivin' in the car, smoke an ounce in sixty minutes

Used to pray for a key

# Too Comfortable

Better not get too comfortable
Bitch, don't get too comfortable
Better not get too comfortable
Bitch, don't get too comfortable
Better not get too comfortable
Bitch, don't get too comfortable
Better not get too comfortable
Bitch, don't get too comfortable
Better not get too comfortable

Four or five hoes, stuff 'em in a Lamborghini, yeah
Swapped out of public housing, go and get a genie
Three, four stacks on a chinchilla beanie
Got a cup full of mud and I'm draped in Celine, yeah
Can't think for yourself, gotta think for the team, yeah
F*ck me like a star, gotta treat me like a king, yeah
Gotta roll with a chopper with a certain amount of bling, yeah

Bitch, don't get too comfortable
Better not get too comfortable

Yeah, swerve in a bulletproof coupe, yeah
If I got to, I'll shoot out the roof, yeah
Turbo 63, shawty look blackanese
I keep it a G, Louis V
Came with a duffle bag full of mulah
I put the fragrance on you, Pucci
Got my attention, stay exclusive
Put her in the Rolls Royce and Givenchy
It's hard to stay sober when I'm spinnin'
It's hard to stay faithful when you winnin'
Showin' you're grateful and independent
F*ck all the danger
Spray all the strangers, you get too close
I said three hundred but the Range really four
You talkin' back to me, I'ma cut your throat

Bitch, don't get too comfortable
Better not get too comfortable
Better not get too comfortable, yeah
Bitch, don't get too comfortable
Better not get too comfortable
Better not get too comfortable

Four or five hoes, stuff 'em in a Lamborghini, yeah
Swapped out of public housing, go and get a genie

023

Three, four stacks on a chinchilla beanie
Got a cup full of mud and I'm draped in Celine, yeah
Can't think for yourself, gotta think for the team

I'm thinkin' colossal
I'm thinkin' 'bout flyin' the vibes out, goin' tropical
I know I'm impeccable
Seen what these niggas can do when that shit get federal
Caught in between, eatin' up a queen
Eatin' up a bean like vegetables
Step out on the scene livin' like a king
I know this game can be treacherous
They was thinkin' that it couldn't be done
And now it's tangible
Tell me how you get this comfortable
You're wearin' a wild animal
Simply did it because they said it couldn't be done
Then I went beyond
Can't even pay for my son
He on probation, they revoked his bond, yeah
Gotta light another blunt, yeah
I'm not a publicity stunt, yeah
I done been through more shit this month than a nigga been through in a lifetime
Cut a few niggas and bitches off
They were just wastin' my time
Pretty and fine, the way this girl designed
I hope she can read my mind

Bitch, don't get too comfortable
Better not get too comfortable
Better not get too comfortable, yeah
Bitch, don't get too comfortable
Better not get too comfortable
Better not get too comfortable

Four or five hoes, stuff 'em in a Lamborghini, yeah
Swapped out of public housing, go and get a genie
Three, four stacks on a chinchilla beanie
Got a cup full of mud and I'm draped in Celine, yeah
Can't think for yourself, gotta think for the team

Bitch, don't get too comfortable
Better not get too comfortable
Better not get too comfortable, yeah
Bitch, don't get too comfortable
Better not get too comfortable
Better not get too comfortable

Top▲

## All Bad

It's Lil Uzi Vert
Let's go
Yeah (ayy, Brandon, man, why you do that?)
One, two, three, hello (whoa)

I won't never call back, if I hang up, I mean it, yeah
That mean it was all bad, I think I'm better off leavin', yeah
I don't have time for stressin', no more time for disagreements, no
Too many girls, what you call that?
Got 'em all in line, they fiendin', yeah

Yeah, I got too many type of girls, yeah
I'm from a whole different world, yeah
I got one shine in the light, yeah
She remind me of a pearl, yeah
I am way smarter than you, uh
You chase the nut like a squirrel, yeah
Drinkin' that pineapple juice, yeah
I throw it up, never hurl, yeah

My nickname Young Spend It
I get the money, get that by the plenty (whoa)
Used to go to Starlets to see K Benji, uh
Now I got YellowDol on me (me)
You can't get this style for free
Look at me, uh, bad bitch on me
Yeah, my bitch rock all Fenty
Got a bitch look just like RiRi (what else?)
Christian Dior all on my feet
Pull up a suit, that shit a three-piece
That girl say she a vegan, but I swear
That girl still know how to eat meat
Why you keep talkin' about leavin' me?
I ain't never been to DR
And I ain't never been to the Republics
On a long ass flight, can't get no sleep
Broke ass nigga can't talk to me
That's the reason why I put diamonds in my teeth
I get money for so long that I'm countin' this paper in my dream
Everything I get turn to brûlée
So your bitch pull up 'til I make her cream
And you know I do this shit just for myself
But you know I do this shit just for my team

025

I won't never call back, if I hang up, I mean it, yeah
That mean it was all bad, think I'm better off leavin', yeah
I don't have time for stress, I don't have time for disagreements, yeah
Too many girls 'posed to call back, I got 'em all in line, they fiendin', yeah

I got too many different type of girls, yeah
I'm from a whole different world, yeah
I got one shine in the light, uh
She remind me of a pearl, yeah
I am way smarter than you, uh
You chase a nut like a squirrel, yeah
Drinkin' that wine, off a two, uh
I throw it up, never hurl, yeah (oh my God)

I got too many type of girls, yeah
I got a whole lot of flavors, yeah
F*ck around, f*ck on my neighbor's friend
I think she just might been Arabian
I already fixed me a visa, yeah
She eat it up, know I'm a beast
I know I been leanin', I know she been dreamin'
I can make her dreams come true, yeah
But that don't mean I blew off her roofs
I drip drip, made the pussy get loose
Might be in a Tom panini suits
And she got Cha-nay-nay on her too
When I'm in Tom Ford and I'm in the strip club
Can't let the cheap pussy get too close
I just spent twenty thousand dollars on my outfit
And I had a bitch pullin' up in the Ghost
Niggas see the wrist when it flick and it's froze
If I hang up, don't call back at all
Switched up the lines and I switched my broad
I'll never switch up on my dawg
I can tell the real from the fake and the fraud
One-three-hundo sit in the garage
Rather tell the truth, but I know it's gon' hurt
Had to put a little bitty bitch on a shirt, for sure-ski

I won't never call back, if I hang up, I mean it, yeah (for sure-ski)
That mean it was all bad, I think I'm better off leavin', yeah
I don't have time for stress, I don't have time for disagreements, yeah
Too many girls 'posed to call back, I got 'em all in line, they fiendin', yeah

Yeah, I got too many type of girls, yeah
I'm from a whole different world, yeah
I got one shine in the light, yeah
She remind me of a pearl, yeah

I am way smarter than you, uh
You chase the nut like a squirrel, yeah
Drinkin' that pineapple juice, yeah
I throw it up, never hurl, yeah

I won't never call back, if I hang up, I mean it, yeah
That mean it was all bad, oh my God
I don't have time for stress, no more time for disagreements, no
Too many girls, what you call that? (Let's go)

I got too many different type of girls, yeah (whoa)
I'm from a whole different world, yeah
I got one shine in the light, uh
She remind me of a pearl, yeah
I am way smarter than you, uh
You chase the nut like a squirrel, yeah
Drinkin' that wine, off a two, uh
I throw it up, never hurl, yeah

Top▲

## Outer Space Bih

Yeah, California ridin', whoa, whoa, whoa
Whoa, whoa, whoa
Yeah

Rocking icy watches, whoa, whoa, whoa
California ridin', whoa, whoa, whoa
Bad lil' hottie, whoa whoa, whoa
And she know Pilates, whoa, whoa, whoa
Rocking icy watches, whoa, whoa, whoa
California ridin', whoa, whoa, whoa
Pineapple Tropicana, outer space bitch
I bought the Presi' plain and gave it a face lift

Would have cheated at 3 P.M., smash your bitch on day shift
Gotta always keep me a ten, whoa, whoa, whoa
She got f*cked in the back of my Benz, whoa, whoa, whoa
I was already on I-10 with the Lord, Lord, Lord
Got a pound on the backseat, I'ma drivin' drug store
Money stretchin', elastic
We buy them AP's out the plastic
Man, they got my Sky-Dweller out the casket
Gotta make these niggas pay taxes
Spent 30K on one jacket
We send them bitches 'round the atlas

027

I told her do it 'til she gaggin'

Rocking icy watches, whoa, whoa, whoa
California ridin', whoa, whoa, whoa
Bad lil' hottie, whoa whoa, whoa
And she know Pilates, whoa, whoa, whoa
Rocking icy watches, whoa, whoa, whoa
California ridin', whoa, whoa, whoa
Pineapple Tropicana, outer space bitch
I bought the Presi' plain and gave it a face lift

She was attached to me like fleas, what it do?
White diamonds, but they look light blue
I always rep my family, I respect them brothers 'cause I got juice, too
I swear to God, he didn't die, he eatin' chicken soup
I'm Shaq size in the field, how I feel
Those bitch, I leave them hoes in tears
A mad scientist with the chronic in his grip
I got like two G-Wagens in my ears
Man, I've been heavyweight, f*ck, for some years
I dedicate everything, she feel it in her rear
Man, I ain't never gonna change I'm worth a hundred mill
We gon' make them niggas mad when them checks clear, yeah

Rocking icy watches, whoa, whoa, whoa
California ridin', whoa, whoa, whoa
Bad lil' hottie, whoa whoa, whoa
And she know Pilates, whoa, whoa, whoa
Rocking icy watches, whoa, whoa, whoa
California ridin', whoa, whoa, whoa
Pineapple Tropicana, outer space bitch
I bought the Presi' plain and gave it a face lift

Whoa, whoa, whoa

**Top▲**

## Accepting My Flaws

Was there to see all of the real raw shit, but you ain't stay
Well, I got, kept it all to myself, you know what I mean?
It's understandable
You know exactly who a motherf*cker is, though
You know what I'm saying?
You know exactly who a motherf*cker is
You could've been right here with a motherf*cker
But you ain't wanna be right here with a motherf*cker

028

How the f*ck you gon' look at me now and try to holler at me like we motherf*ckin' friends?
You know we ain't no motherf*ckin' friends

Yeah, nigga
You know how I f*ckin' get it
I know I ain't perfect, you know what I'm sayin'?
Perfect
That's my rider, nigga (808 Mafia)
Shawty, ride with me

Lord, forgive me, I've been on a rampage
Grim Reaper ridin' in the Rolls Royce, yeah, yeah
Spent a day to sober up, then I popped me one up
I can't pop up when I want with her, she popular
I've been tryna fight my demons, I've been tryna fight my cup
I always tell her she my therapy, I told her it was rough
She acceptin' all my flaws, I got diamonds with the cut
I've been sufferin' withdrawals, missin' out on real love

Different, you a angel, true to me
They gon' try to convince me that it's different
But I know, it's in my spirit and I can feel it, yeah
She don't bring up when these bitches bein' miserable and typical
Take my blood, baby, we goin' digital
Thousand dollar ski boots by Perry Ellis
And I don't plan on taking no ski trip, they even drip (woo)
Chanel fanny pack out in Egypt, ain't no reason
Gucci bucket hat for all my heathens
Temporary distractions, ain't no grievin' 'cause they reachin'
Copy and they clone what I'm feedin', they be thievin'
China white in my home, be strategic, I gotta feed ya
Grind up on my own 'cause I see how they mistreat me
Don't you let 'em turn you on me, I see it, I can peep it
Pill like white Patron, I can see it, you conceited
Talkin' on the phone, and yeah, my tone mischievous
Plastic or the chrome, whatever we need to keep us heated
Canary yellow stone, girl, shine on my demons
I feel it in my bones when you takin' out my semen
I purchased a couple Cashmere sweaters this evening
Take you for a walk in the park like a deacon
Half a ticket, pullin' up on you and mamacita
Give you the keys in her face to show her how I treat you
I'm takin' you out on dinner dates, got Franklins like Aretha
Trained in the war zone, codeine in my one liter
Pain in my attitude, it's vicious and it's lethal
Came off the avenue and ran into a diva
Brokenhearted, baby had me down, had to get you
You out the garden, baby, I'm from the jungle with the leeches
Clouded my lungs up and I slowly started speakin'

Rain, thunderin', showin' you grace for this meetin'
Givin' you compliments throughout that day and the weekend
Fall in love with revenge, hopin' that'll kill my demons
Sittin' out on my porch, I'm in disbelief
Give me glory, give me Lori, that's victory
I'm gonna drop your name, is it chemistry?
F*ck this money and fame if it's meant to be
Like a rock star showin' up at a symphony
Rock hard, pissin' on my enemy
F*ck 'em all, we don't show 'em sympathy
Her favorite color blue, I bought her Tiffany
Out the trap spot, I got my dope degree
They persuaded me, they gon' try to persuade you, believe
Had laid it and played it and stayed in it for weeks
Mistakes like earthquakes, they can't break us a piece
I'm not Catholic but had to have a talk with the priest
Acrobatic flips, gettin' European cash 'cross the sea
It's so radical, automatical, I'm knowin' we elite
Fascinated by the lifestyle, you know it bring greed
Fascinated by your feistiness, okay
Fascinated over your crisis, it's warfare
When we roll one, we converse, we like orphans
Coast to coast, float the ocean like a starfish
Check my post, I'ma toast to the heartless
That's why I'm prayin' for better days on this continent
I don't need a ghost to write my promises
You boost my confidence

Lord, forgive me, I've been on a rampage
Grim Reaper ridin' in the Rolls Royce, yeah, yeah
Spent a day to sober up, then I popped me one up
I can't pop up when I want with her, she popular
I've been tryna fight my demons, I've been tryna fight my cup
I always tell her she my therapy, I told her it was rough
She acceptin' all my flaws, I got diamonds with the cut
I've been sufferin' withdrawals, missin' out on real love

Top▲

## Last Name

This ain't a diss song, this a real song (DY Krazy)
Nigga, we ain't runnin' from no responsibilities
I take care of families
I'm embarrassed over this mess that I done caused

I can't go to sleep, I'm paranoid

And it's way too many homicides
Bought a hunnid guns, got my niggas sliding
F*cked the bitch once, now she wanna cry
Snitches told the Feds, I had an alibi
Brokenhearted, f*ck my bitch every night
I don't know her name, she wanna have my child
Laughing to the bank, got me runnin' wild
Numb to the pain, so I keep a smile

Gotta keep it stashed up for the trial
Material intentions got her playing foul
I'm in rare form like a hyena runnin' wild
All the opps getting gunned down

I can't go to sleep, I'm paranoid
And it's way too many homicides
Bought a hunnid guns, got my niggas sliding
F*cked the bitch once, now she wanna cry
Snitches told the Feds, I had an alibi
Brokenhearted, f*ck my bitch every night
I don't know her name, she wanna have my child
Laughing to the bank, got me runnin' wild
Numb to the pain, so I keep a smile

I lost connections to the streets and I was in denial
I seen a grown man shed tears 'cause he lost his trial
I said, the streets a crazy feeling just to lose a child
Have a one-on-one with God, yeah, it been a while
I woke up paranoid off drugs, I said, "I'm tired now"
I answer my phone in the middle of the nigh like, "Who done died now?"
Knowing I'm involved, but we gon' slide back when it's dying down
I don't know who opps no more, you look crazy, I'm firing rounds
I love the streets, it's a portion of me
I came from nothing to "The Voice of the Streets"
I got blood in the streets
The way he died, I advised he died in his sleep
That's the trenches, yeah, yeah

I can't go to sleep, I'm paranoid
And it's way too many homicides
Bought a hunnid guns, got my niggas sliding
F*cked the bitch once, now she wanna cry
Snitches told the Feds, I had an alibi
Brokenhearted, f*ck my bitch every night
I don't know her name, she wanna have my child
Laughing to the bank, got me runnin' wild
Numb to the pain, so I keep a smile

Public conversation got you touching clouds

031

Pop the wrong pill, hit the wrong dial
Ain't no visitation waiting for the trial
Took my last name, this ain't 'bout the child
Real classy jazzy, but don't do no trolling
Gotta treat you like dead when you playing bogus

See, Pluto you my brother, gotta stay focused
Sometimes I get in my feelings too, I wish I wore a Trojan
They tryna go viral off DMs that's why I'm antisocial
I'm just tryna teach the killers not to use emotion
I got a whole bitch, don't think about my old bitch
I'm just tryna live my life and catch this moment

I can't go to sleep, I'm paranoid
And it's way too many homicides
Bought a hunnid guns, got my niggas sliding
F*cked the bitch once, now she wanna cry
Snitches told the Feds, I had an alibi
Broken hearted, f*ck my bitch every night
I don't know her name, she wanna have my child
Laughing to the bank, got me runnin' wild
Numb to the pain, so I keep a smile

We ain't even get no sleep around this shit
You make a temporary decision
That caused permanent pain
Shit ain't goin' nowhere
(I can't go to sleep, I'm paranoid)
(And there's way too many homicides)
That hood mentality feel like you could go through anything
(Bought a hundred guns, got my niggas slidin')
(Laughin' to the bank, got me runnin' wild)
(Numb to the pain, so I keep a smile)

**Top▲**

## Tycoon

(DY Krazy)
Starin' at the candle
Feel the pain on me, nigga, it don't matter
Got my currency exchanged, got my bands up

I'm a ty-tycoon, that's why they hate me (Wheezy outta here)
'Til they throw the sheets on me I'm goin' crazy
Got Balencis on my feet, they can't take me
I know I ain't gon' be deceased 'til I'm like eighty

032

I been gettin' so damn geeked, I been prayin'
I been chinchilla sheet wherever I'm stayin'
Took that Draco on a PJ, ain't playin'
I ain't goin', no, no, street's dangerous

Ain't got Actavis, so f*ck it, I had to red it
I sent hitters from everywhere, they had to dead it
You know my niggas, they bangin' the same color spaghetti
I got my transport up and I got my Getty
I'm gettin' her passport stamped, we goin' steady
They try to cut a nigga throat off with a machete
I know my lil' bro gon' kick a door and let that lead hit
I'm not a imposer so I'm tryna find a exit
They know it's a thousand cutters hittin' off if they come for me
Uno gang, twenty-seven, they gon' gun for me
ABK gon' broad day you and get it done for me
I'ma big dog, they a lil' son to me

I'm a ty-tycoon, that's why they hate me
'Til they throw the sheets on me I'm goin' crazy
Got Balencis on my feet, they can't take me
I know I ain't gon' be deceased 'til I'm like eighty
I been gettin' so damn geeked, I been prayin'
I been chinchilla sheet wherever I'm stayin'
Took that Draco on a PJ, ain't playin'
I ain't goin', no, no, street's dangerous

Fully auto on the seat, ain't let you take it
I ain't goin' no, no, I'ma spray it
Let my dogs off the leash, you gon' hate it
Twin choppers on me, they my favorite, yeah, yeah
Catch me rollin' in the Ghost, Patrick Swayze
Travelin' all across the coast for this gravy
Buyin' gold by the pound, I upgraded
I came from lil' Mexico, a nigga made it
Posted up outside the store, I'm the greatest
If you can make it out the bricks, that's amazin'
I got my gang from out the 6, ain't no tradin'
You know the side was two guns blazin'

I'm a ty-tycoon, that's why they hate me (I'm a ty-tycoon)
'Til they throw the sheets on me I'm goin' crazy ('til they throw the sheets on me)
Got Balencis on my feet, they can't take me (got Balencis on me)
I know I ain't gon' be deceased 'til I'm like eighty (yeah, ain't gon' be deceased, no)
I been gettin' so damn geeked, I been prayin' (yeah, I'm geeked, man, I'm geeked up)
I been chinchilla sheet wherever I'm stayin' (yeah, I'm chinchilla sheets up)
Took that Draco on a PJ, ain't playin' (took the Draco on a P, what up)
I ain't goin', no, no, street's dangerous (ain't goin' no, no, street's dangerous)

033

Yeah, I ain't goin' no, no
I ain't goin', no, no, street's dangerous
Trap
I ain't goin', no, no
Yeah, what you do?

I chinchilla all of my sheets wherever I'm stayin' (I chinchilla all of my sh-)
I been gettin' so f*ckin' geeked, I been prayin' (I been gettin' so f*ckin' geeked)
Got that Draco on a PJ, ain't playin' (took the Draco on a PJ)
I ain't goin', no, no, street's dangerous (I ain't goin', I ain't goin')

Starin' at the candle
Feel the pain on me, nigga, it don't matter
Get my currency exchange, got my bands up

**Top▲**

## 100 Shooters

(ft. Meek Mill, Doe Boy)

(Tay Keith f*ck these niggas up)
Yeah, The Wizzard
Woo

Perrier-Jouët, no tap water, this the real face
F*ck the bitch, broke her heart
She think we still dating
Three choppers sitting in the car, we playin' real safe
Fifty million dollars in cash, that's a cold case
Spent so much cash on Chanel, they wanna see ID
Bust down on her, Oochie Wally, I'm so Sincere

Got a hundred shooters sittin' outside
Got a hundred shooters sittin' outside

Yeah, uh, fifty mil' buried in my safe, that's a graveyard
F*cked the bitch, seen her with her man, I had to play it off
Dreamchasers with just like a label, we got A&Rs
Famous hoe, she threw me that pussy and I'ma slay her raw
Yeah, you are now welcome to the Player's Ball (you're welcome)
Whole lotta money lottery shit, yeah (whoa, whoa)
Hundred shooters, I can get your clique hit (whoa, whoa)
Get my dick suck in the Lambo while I stick shit
Big shit, baby, it's the big fish
Only VVS in my necklace and my wrist lit
I could wipe my ass with these hunnids, I'm the shit bitch

034

Shot up in her DM like James Harden, it went swish, swish
I'm sippin'

Perrier-Jouët, no tap water, this the real face
F*ck the bitch, broke her heart
She think we still dating
Three choppers sitting in the car, we playin' real safe
Fifty million dollars in cash, that's a cold case
Spent so much cash on Chanel, they wanna see ID
Bust down on her, Oochie Wally, I'm so Sincere

Got a hundred shooters sittin' outside
Got a hundred shooters sittin' outside

I've been gettin' richer and richer
Damn near piss on bitches
I've been thinking real vindictive
Kill the opps, f*ck their sisters
F*ck the Catholics, send my Christians
Semi-automatic, I got vision
Diamond cuts and they princess nigga
No rap, cap, gave away Bentleys nigga
Got a car for a watch, got a watch for a house
Send my automatic Glock, get you block washed out
Bad bitch tried to rape me, tried to pull my cock out
I got murder money, so this shit can get hostile

Perrier-Jouët, no tap water, this the real face
F*ck the bitch, broke her heart
She think we still dating
Three choppers sitting in the car, we playin' real safe
Fifty million dollars in cash, that's a cold case
Spent so much cash on Chanel, they wanna see ID
Bust down on her, Oochie Wally, I'm so Sincere (yeah yeah)

Got a hundred shooters sittin' outside
Got a hundred shooters sittin' outside

Nose out Then your clique come slide
Got a hundred shooters sittin' outside
Yeah, all my bitches treat me just like God
I told 'em jump bitch ask how high? (Oh really?) Yeah
Opps said that I'm a die, I ain't dead
One in the head, put it right to your head, bitch
Give a f*ck about the Feds, I ain't scared (no)
I ain't put down my gun, I ain't Craig (boom, boom, boom)
Yeah, dissin' on the 'Gram then I'm slidin' in his DM
Only time Doe busy playing 'round is with your BM, uh
Got a hundred shooters parked outside

035

And they gon' kill you when you walk outside (oh really?

Perrier-Jouët, no tap water, this the real face
F*ck the bitch, broke her heart
She think we still dating
Three choppers sitting in the car, we playin' real safe
Fifty million dollars in cash, that's a cold case
Spent so much cash on Chanel, they wanna see ID
Bust down on her, Oochie Wally, I'm so Sincere

Got a hundred shooters sittin' outside
Got a hundred shooters sittin' outside

(Got a hundred shooters sittin' outside)
(Got a hundred shooters sittin' outside)
(Got a hundred shooters sittin' outside)
(Got a hundred shooters sittin' outside)

**Top▲**

## Life is Good (Remix)

Workin' on the weekend like usual
Way off in the deep end like usual
Niggas swear they passed us, they doin' too much
Haven't done my taxes, I'm too turnt up
Virgil got a Patek on my wrist going nuts
Niggas caught me slipping once, okay, so what?
Someone hit your block up, I'd tell you if it was us
Manor house in Rosewood, this shit too plush

Say my days are numbered, but I keep wakin' up
Know you see my texts, baby, please say somethin'
Wine by the glass, your man a cheapskate, huh?
Niggas gotta move off my release day, huh?
Bitch, this is fame, not clout
I don't even know what that's about, watch your mouth
Baby got a ego twice the size of the crib
I can never tell her shit, it is what it is
Said what I had to and did what I did
Never turn my back on FBG, God forbid
Virgil got the Patek on my wrist doing frontflips
Giving you my number, but don't hit me on no dumb shit

Workin' on the weekend like usual
Way off in the deep end like usual (like usual)
Niggas swear they passed us, they doin' too much

036

Haven't done my taxes, I'm too turnt up
Virgil got a Patek on my wrist going nuts
Niggas caught me slipping once, okay, so what?
Someone hit your block up, I'd tell you if it was us
Manor house in Rosewood, this shit too plush

It's cool, man, got red bottoms on
Life is good, you know what I mean? Like

Uh, hunnid thousand for the cheapest ring
On a nigga finger, lil' bitch, woo
I done flew one out to Spain to be in my domain
And Audemar'd the bitch, woo
Dropped three dollars on a ring
Call it Bentley truck, lil' bitch, woo
I was in the trap serving cocaine
I ain't been the same since, woo

Granny, she was standing right there
While I catch a play on a brick, woo
I make them lil' niggas go haywire
Taliban in this bitch, woo
I done been down bad in them trenches
Had to ride with that stick, woo
Who gave you pills? Who gave you that dust?
Pluto sent you on a lick, woo
Too many convicts
They enrolled me to play in this shit, woo
I'm tryna avoid nonsense
Get Osama sprayed in this bitch, woo
They had the candlelight, lighting it up
Nigga, anybody could get it, woo
I'm on a PJ lighting it up
Backwood full of sticky, woo
I'm tryna tote that Draco in London
And it's an extended, woo
They gotta stretch a nigga out
We gon' die for this shit, woo
Yeah, I ride for my niggas
I lie to my bitch, woo
We some poor, high-class niggas
Made it, we rich, yeah
I was at the bando
Got a penthouse for a closet, woo
It's like a chandelier
On my neck, my wrist, woo
I got pink toes
They talk different languages, woo
Got Promethazine in my blood and Percocet

037

Yeah, hunnid thousand for the cheapest ring
On a nigga finger, lil' bitch, woo
I done flew one out to Spain to be in my domain
And Audemar'd the bitch, woo
Dropped three dollars on a ring
Call it Bentley truck, lil' bitch, woo
I was in the trap serving cocaine
I ain't been the same since

Racks by the ton I call up Serena
I go tremendo for new fettuccini
All fact though, clarity pinky
All fact though, we order up the Fiji
I'm in the loop with the voo
I'm in the loop with the woo
Which one of you working?
I put your face on the news
I put the pussy on the shirt
After I murk, then make 'em go shoot up the hearse
Cost me a quarter bird
Nigga it's worth it, then you a maniac
A f*cking alien, how you splurgin'?
Got that kitty cat, I'm having fun with that
Goin' Birkin

Yeah, hunnid thousand for the cheapest ring
On a nigga finger, lil' bitch, woo
I done flew one out to Spain to be in my domain
And Audemar'd the bitch, woo
Dropped three dollars on a ring
Call it Bentley truck, lil' bitch, woo
I was in the trap serving cocaine
I ain't been the same since

(Hunnid thousand for the cheapest ring on a nigga finger, lil' bitch)
(Hunnid thousand for the cheapest ring on a nigga finger, lil' bitch, yeah)
(Hunnid thousand for the cheapest ring on a nigga finger, lil' bitch, uh)
(Hunnid thousand for the cheapest ring on a nigga finger, lil' bitch)

**Top▲**

Writer: Aubrey Drake Graham, Darius Hill, Mathias Daniel Liyew, Nayvadius Wilburn, Ozan Yildirim
Copyright: Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

**LYRICFIND▶**

▶ ——————————————————— 🔊
**Play "High Off Life"**
on Amazon Music Unlimited (ad)

038

Follow     **Like** 51

( <u>Correct these Lyrics</u> )

Back to: **<u>Future Lyrics</u>**

**0 Comments**                                                   Sort by   Oldest



| Add a comment... |
| --- |

Facebook Comments Plugin

Report Ad

X





**Dakiti**

**Take You Dancing**

Ariana Grande

**Motive**

Michael Jackson

**Thriller**

Trippie Redd

**Weeeeee**

Ariana Grande

**Off The Table**

Lil Durk, 6LACK & Young Thug

**Stay Down**

Saul

**King Of Misery**

**more**

[Soundtracks](#) / [Top Hits](#) / [One Hit Wonders](#) / [TV Themes](#) / [Song Quotes](#) / [Miscellaneous](#)

 X



[#](#) [A](#) [B](#) [C](#) [D](#) [E](#) [F](#) [G](#) [H](#) [I](#) [J](#) [K](#) [L](#) [M](#) [N](#) [O](#) [P](#) [Q](#) [R](#) [S](#) [T](#) [U](#) [V](#) [W](#) [X](#) [Y](#) [Z](#) [Home](#)

Browse By Artist or Genre ▼

© 2020
Lyrics On Demand
All lyrics are property and copyright of their respective authors, artists and labels.
All lyrics provided for educational purposes only.
Please support the artists by purchasing related recordings and merchandise.
LyricsOnDemand.com

040

# **Exhibit B**

SPECIAL FEATUR



NEWS  |  MUSIC  |  VIDEOS  |  FEATURES  |  LISTS  |  LIFESTYLE  |  FR  🔍  📷  𝕏  ▶  f  ▶  LISTEN  XXL Highe

# FUTURE INTERVIEW: READ HIS EXCLUSIVE XXL MAGAZINE COVER STORY

XXL Staff  |  Published: April 7, 2020                                    Devin Christopher for XXL

f          **SHARE**                    🐦          **TWEET**



▶          **Play Future**          🔊
on Amazon Music Unlimited (ad)

## Extremely Blessed

Future's reached that point in life where it's all just fallen into place. All he has to do now is keep riding the wave.

*Interview: Vanessa Satten*

*Editor's Note: This story originally appeared in the Spring 2020 issue of XXL Magazine, on stands now.*

"I like being on the water," **Future** says as he cruises along the Pacific Ocean on the 125-foot, $15-million yacht, the Harley G. "It's so peaceful. You get a chance to see so far in the sea. I always envisioned that that's how far you can go in life, as far as you can see. You can't even see how far the sea stretches, but at the end of the day that's how you want to think. You want to think beyond anyone's furthest imagination."

RECOMMEND FO



**What Really Happened To Paul Deen Has Now Come Full Circle**



**Megan Thee Stallion Revealed Photo of Her Gunshot Wound**

GET OU

Email Address

OUR FEATURED VIDEOS:



Learn More

NOW
PLAYING

KOHL'S
kohls.com    CLICK

Ad : (0:14)

HOT HEADLINE

Michelle Obama Slar
Bidens Like They He

Scooter Braun Sells
North of $300M

Joe Biden Says He W
Vaccine Once Appro

Gas Pipeline Explosi
Six Dead

Logan Paul on Floyd
Ass in a Street Fight!

Sinbad's Recovering

Jim Edmonds Rips E
Before COVID Diagno

Quawan Charles Inde
Likely Drowning

'Tiger King' Star Dillo
During DWI Bus…

Elon Musk Trolled By
Karen' Over COVID …

Future is chilling in one of the Harley G's several private rooms, surrounded by a ton of brand name clothing and shoes spread out all over the dark wood furniture and brown leather couch the Atlanta rapper relaxes on. He's wearing tan and black leather pants by Rhude, a tan Prada shirt, Gucci glasses and black Rick Owens sneakers. Even though the yacht is just a rental, Future appreciates what it represents. It fits in with his current life tagline, "**Life is good**," which also happens to be the name of his next album.

For Future, born Nayvadius Wilburn, right now life is pretty sweet. Over the past decade, the 35-year-old rapper has served as a hip-hop hitmaker, becoming a pivotal figure in the musical genre's landscape. With seven solo albums and a slew of mixtapes and EPs, Future influences the new generation of rappers, dominates the charts while also collaborating with some of the biggest names in music. Most recently it's been with his partner-in-rhyme, Drake. The two dropped the *What A Time To Be Alive* mixtape in 2015, and are rumored to be working on a new collabo project. Also, Future's first single, "Life Is Good," the title track off his new LP, features Drake and DaBaby. At press time, the record had landed at No. 2 on Billboard Hot 100 chart.

When he's not promoting a project, Future is pretty quiet. He's not at all the parties. He's not big into social networking and keeps it light on Twitter and Instagram despite being a **meme star himself**. Most recently, the rapper and his current girlfriend Lori Harvey have each made some waves on Instagram, posting sexy shots of each other, enough to confirm their budding new relationship—a topic Future's not too interested in delving into. Future's a hard nut to crack anyway. He's a bit aloof and standoffish and although he's ultimately a nice guy, it takes a minute to get him to warm up.

On this sunny March afternoon off the coast of San Pedro, Calif.—five days before the **COVID-19 outbreak** is declared a pandemic by the World Health Organization—Future discusses things like his place in the game, his confidence, his career, his next steps and more, plus why his life is so damn good.

*XXL*: So, talk about this new project.

**Future:** *Life Is Good*. It's about life and being good and just enjoying life. So many tragedies and catastrophes and everything is going on in the world. And you want to enjoy life, as long as you have it. Waking up, breathing, well, you want to be able to soak it all up and be appreciative for every moment on this earth, every moment that you're living.

**Is "life is good" where you want to get in life or where you already are?**

"Life is good" is where I am at. Mentally, life is good, it's just a state of mind. It's just about being, whatever is going on good or bad, life is good, but life is precious. You only get one life, so you want to just make the most of it. Instead of complaining about certain things that you want to be, you know, you want everything to be perfect, but that's not the situation so I want to make good for what I have going on. With me, I want to send a positive message through hard times for me or anyone else. Just always have that saying "life is good" and you can always reflect back on it. You know, cheer yourself up and put yourself in a better mood.



Read Next from **XXL Mag**

Featured Advertising

November 2020 New Music Releases - XXL

Every Future Project Ranked - XXL

Trailer for Future and Lil Uzi Vert's New Project Drops: Watch - XXL

Powered by *Hindsight*

Future - Life Is Good (Official Music Video) ft. Drake

Subscribe to **XXL** on        YouTube

**Did you have to figure out how to get to this point? Did you have to strive for it?**

You strive for it. You don't just wake up and be like, OK, that's how it's gonna go. You gotta live in the moment, for a minute. You have to observe and sit back and you calculate every step, but at the same time, you just never get lost in who you are. Just make sure you stay yourself at all times. And doing that, you always find out a different purpose or a different way to seize the moment and make things work to your advantage. Even when things are going wrong, you try and make things work to your advantage. Shedding a positive light, that's what it's really all about.

**How would you describe this album?**

This album right here defines me at a creative level. Going to the next level where you just going to the next level and always going outside the box, but still remaining true to my core fans and my core audience. It's me trying new things. I want to remain true to self, but also true to my fans and just giving them a good project, a great project to be able to listen to, but also for different artists to be able to feed off of, create off of, come up with different ideas and just being at the forefront of just making a solid album, a solid, complete album. It's just very important to me.

**How long did you record this new album for?**

I'm always recording, so it's just about when's the timing of putting it out. When you start narrowing everything down, like narrowing all the songs down, the theme, trying to find what's relevant to the day and certain songs, they be old, but they be new. It's like picking out timeless records going through the music. Just picking out the right songs and

being able to create on top of the work you already done put in to make a complete body of music or a complete album.

**You are one of the most influential artists of this era. Do you feel like you have gotten enough credit for that?**

I feel like I get acknowledged. I am still achieving goals that I have set for myself. And if they give me too much credit now, it ain't gonna be fair 'cause I am constantly finding ways to evolve and I feel like sometimes you can speak too soon and I don't want nobody to speak too soon and then curse me. So, just let me work. I understand and I recognize it, but at the end of the day, I am still achieving certain goals that I set out for myself and that's how I look at it.



Devin Christopher for XXL

**Are there any newer artists today, that you see yourself in? Do you see your influence on the younger generation of artists?**

I can see the impact, but I don't really dwell on it. Other people might say more about it than me. Like I said, man, [you] always want to create, want to give your audience and your fans a body of music where they can create and they can build ideas from and they can live their life and they can go to using this album for an example for bettering they album or bettering they lifestyle. Whatever it may be. Whatever you get from it.

**Do you doubt yourself? Are you always confident in everything you do in your career?**

You wonder: Are you working and it's hard or are you working too hard? Or have you worked too hard and you don't accomplish everything you want during your lifetime or was it worth it? Should you have made another adjustment to balance it all out? To still get the family time in as well as being completely captivated in your gift, working every day, just creating a better life for everyone around you. Sometimes you can get lost in that and not find that time for yourself or that time for family. Always trying to build on it and build every opportunity.

**How do you recalibrate?**

Just take time, really. You got to have patience.

**What keeps you going?**

What keeps me going is my kids, my family, my mom, my sisters, my brother, nieces, nephews.

**Life is good for all of you now?**

Life is good. Always just setting that example and showing and proving that your dreams can come true.



Devin Christopher for XXL

**You and Drake have hinted at <span style="color:red">making another project</span>. Is that really happening?**

We always working on music and creating with each other and we create, building off each other's ideas, feeding each other different ideas.

**Yeah, you've become a power duo.**

Yeah, so we always gonna make music. How we put the music out—we strategically got to come out with different ways and new ways to be able to put the music out and connect with the fans in a different way, but also still feed the

fans and always respect our duo.

**How do you keep yourself busy? What do you do for downtime? What's just relaxing for Future?**

Relax time is just going to the beach. I just eat by the beach. I like to have lunch by the beach and like to eat dinner by the beach, sometimes.

**What beaches are we talking about? California beaches or Florida beaches? Where are we going?**

Man, we go to the south of France sometimes. We go to Miami, which is always good, like right here, it's super close, Cabo, you go to Jamaica beaches, you go to Italy, they have a good beach in the Amalfi Coast.

Future Learns How to Drive a Yacht for the First Time | You Gon' Learn

Subscribe to **XXL** on        YouTube

**Lately you have been a bit public with your love life. What can you tell us about that?**

Um, just taking my time with everything right now, life is good. I just want to take my time with everything.

**Does it bother you, the public side of people wanting that information and people wanting to know that side of your life because you have been through celebrity relationships before?**

It don't bother me. It's just, you know, what to give and you know what not to put out or whatever it is. You still try and find those different ways to keep it private but some way to give your fans little insights into what is going on in your life. You get the people in the world who want to know, so you open up a little bit, but you got to save majority for yourself and your partner.



listen back to it.

**You worked with Juice Wrld, who passed away this past December from a drug overdose. What were your feelings with everything that happened there?**

It was heartbreaking about Juice. Still to this day, I'm heartbroke. Rest in peace to Juice Wrld. He's a great artist. He had so much more to do.

**Did you ever feel any certain kind of way about being influential to him with the drug references in your music? There is some sort of part of your music that he said influenced him.**

Yeah, but it was so many people that came before me that talked about drugs from rock 'n' roll stars to pop stars to people aware of other artists going to rehabs and aware of other artists' overdose and there is so many other people that was a part of this world way before me. It's just like, I probably shedded more light on it and brought more attention to it from my cadence or my charisma and the way people reacted to it, but everything I said was already talked about before me. Me having an influence on that, I just feel like...that is not my intentions. My intention was just to be me. I'm just being me and what you get from it is what you get from it, but at the same time, I wouldn't want no one to go through anything to harm theyself or to bring death to theyself and Juice Wrld is a touchy situation. I'm heartbroken by the whole thing. My heart goes out to his family, his mom.

**With the loss of Juice, Nipsey, XXXTentacion, Mac Miller and Pop Smoke and others, it feels like we have lost more rappers than ever—from murder or drug overdoses or illness. Do you feel like being a rapper is a crazy thing right now or like you've lost a lot of peers?**

Nah, because it's regular people that go to jail, I mean regular people that live their life and they go to work and if somebody walk in their job and just shoot them and they never thought they'd die from a gunshot. And it's just randomly they happen to die from a gunshot. Rest in peace to anybody that ever caused or ever went through that tragedy or ever went through that problem. My heart goes out to them but at the same time, it's like, everyone dies from a different reason. It just so happen to be a rapper or something and they just die from this way and they shed light on it and it's just, Oh, this rapper doing this, is it an epidemic with rappers overdosing and getting murdered? It's the streets. It's the new streets. It's a new wave. It's like the new theme.

It's like, a lot more rappers than back 10 years ago. So, now a lot of things more are going to occur. It's a lot of young rappers that's growing up super fast, that's getting money super quick and don't have classes on success. They don't have a guideline on what you do when you get success or what you do when you get money. How much sleep you're supposed to get. How much water you supposed to drink. How many drugs you don't suppose to take. It's like, it's not a class, [there's no] guideline on that. You really got to maneuver on your own and become your own person or just gotta be like, your own boss, so, everything that happens, it comes from you. You got to know when to give and you got to know when to let up sometimes and detox. You got to know when enough is enough because you in control of your own destiny and you don't want to self-destruct.

.

Devin Christopher for XXL

**You have a solid team around you that has been around you for a while now. Do you think you lucked out having that?**

Yeah, I lucked out, but I also was a person that just from the beginning valued my relationships and keep close contact with everyone from the beginning and know everybody position and know what everybody bring to the table.

**How did you figure that out?**

It comes natural and just observing everyone around you and just seeing what everybody position is and everybody playing they role and see how it benefits you and your career.

**Did you always look at rapping as a job for you? Like, this is my professional career. This is what I actually ended up doing for a living.**

From the beginning, I always treated it like it was my passion and something that I loved to do. Whatever comes from it, that's what comes from it. I don't want to have my mind set on something and let myself down. I just have no limits. When it comes to music, I want to create. I want to be passionate about it. I want to give it my all. I want to make sure I do everything I can in my might and my will to just make it the best and take full advantage of my gift.

**Right, because if you don't take the full advantage of it in that moment, you don't want to look back and regret that you didn't, right?**

Don't live with no regrets when it comes to this success.

**Do you have any musical or career regrets?**

Nope. Because I wouldn't be here without anything good or bad.

**So, you are not big on social. You post on Instagram here and there, but you don't go over the top with it and not much on Twitter. How come? Is it not interesting to you?**

Yeah, I'm not interested.

**But people definitely regularly use you as a meme for all sorts of things. How do you feel about that?**

Yeah, it's free promotion. So anytime, every day, I am being promoted. So free promotion, you can't ask for that. You can't pay for free promotion. Every day they **memeing** you and it's sort of like it's a good thing that you're always relevant.

**See Exclusive Photos of Future on a Yacht for *XXL* Magazine's Spring 2020 Cover Story**

---

**Filed Under:** Feature, Future, XXL Magazine

**Categories:** News, XXL Magazine

*Comments* ▾                                                    LEAVE A COMMENT



▲
BACK TO TOP

INFORMATION                          FOLLOW US

Contact Us
Advertise
Privacy
Exercise My Data Rights

© 2021 XXL Mag, Townsquare Media, Inc. All rights reserved.