IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGH OFF LIFE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-1556 |
| FREEBANDZ PRODUCTIONS, LLC and SONY MUSIC HOLDINGS, INC., | ) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this 30th day of March 2022, in accordance with the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 19) is DENIED.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record