IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGH OFF LIFE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-1556-WSH |
| | ) |
| FREEBANDZ PRODUCTIONS, LLC and SONY MUSIC HOLDINGS, INC., | ) ) |
| | ) |
| Defendants. | ) |

**INITIAL CASE MANAGEMENT CONFERENCE HEARING**
Before Judge W. Scott Hardy

Appeared for Plaintiff:

Stephen C. McArthur, Esq.
Thomas Dietrich, Esq.

Appeared for Defendants/Freebandz Productions, LLC and Sony Music Holdings, Inc.:

David C. Rose, Esq.
Dyan Finguerra-DuCharme, Esq.
Joanne Liu, Esq.

| | | | |
|---|---|---|---|
| Hearing begun | 05/17/2022 at 1:30 p.m. | Hearing adjourned to | N/A |
| Hearing concluded | 05/17/2022 at 1:43 p.m. | Stenographer | None |
| | | Clerk: | D. Stupy |

A telephonic Case Management Conference was held during which the Court discussed with the parties the status of the case, their proposed discovery plan, and alternative dispute resolution options. Additionally, the parties agreed to the entry of the standard Rule 502(d) Order.

As to discovery, the Court ordered that fact discovery shall close by **February 17, 2023**. To the extent that an extension of the period for discovery is sought, the parties are to file a motion in accordance with the Court's Case Management Order.

With respect to ADR, the parties have selected Mediation and will file an ADR Stipulation pursuant to Local Rule 16.2 and in accordance with the Court's ADR Policies and Procedures no later than **May 31, 2022, Upon the filing of the parties' Stipulation of Selecting an ADR Process, the Court will enter an Order Referring the Case to Mediation**.

Appropriate Orders to follow.